ELEAZAR D KIM, (SBN 297876)
eleazar@downtownlalaw.com
**DOWNTOWN L.A. LAW GROUP**
540 S. Santa Fe Ave.
Los Angeles, CA 90013
Telephone: (213) 358-6428
Facsimile: (877) 389-2775

Attorneys for Plaintiff, RAMIRO V. GUTIERREZ

ROBERT A SHIELDS (SBN 206042)
rshields@wilsonturnerkosmo.com
KAITLIN E. PRESTON (SBN 315631)
kpreston@wilsonturnerkosmo.com
**WILSON TURNER KOSMO LLP**
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669

Attorneys for Defendant, NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO V. GUTIERREZ, an individual,<br><br>Plaintiff,<br>v.<br><br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01737-MEMF-MAR<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, Ramiro V. Gutierrez, and Defendant, Nissan North America, Inc., (the "Parties"), jointly write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and future deadlines, while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: December 24, 2025          **DOWNTOWN L.A. LAW GROUP**

By  /s/ *Eleazar D. Kim*
    Eleazar D. Kim, Esq.
    Attorney for Plaintiff,
    RAMIRO V. GUTIERREZ

Dated: December 24, 2025          **WILSON TURNER KOSMO LLP**

By:  /s/ *Kaitlin E. Preston*
     Robert A Shields, Esq.
     Kaitlin E. Preston, Esq.
     Attorneys for Defendant,
     NISSAN NORTH AMERICA, INC.

## **ATTESTATION OF ELECTRONIC SIGNATURES**

I, Eleazar D. Kim, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this **JOINT NOTICE OF SETTLEMENT**.

Dated: December 24, 2025     /s/ *Eleazar D. Kim*
Eleazar D. Kim, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2025, a copy of the foregoing document was electronically filed using CM/ECF, which will send electronic notification of such filing to all registered counsel.

                                                */s/ Eleazar D. Kim*
                                                Eleazar D. Kim, Esq.