**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMIRO V. GUTIERREZ, an individual,<br>Plaintiff,<br>v.<br>NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 2:25-cv-01737-MEMF-MAR<br>*Hon. Maame Ewusi-Mensah Frimpong*<br>**ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed **with** prejudice.

**IT IS SO ORDERED.**

DATE: September 3, 2026 By: ______________________

Hon. Maame Ewusi-Mensah Frimpong
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA